### 42990. GERRELL v. DAVIS CONSTRUCTION & ENGINEERS, INC.

EBERHARDT, Judge. 1. Where a grading contractor brought suit against another contractor seeking to recover a balance alleged to be due and for which "defendant obligated to pay plaintiff," for services performed in the grading and moving of dirt on land of a third party, who was not a party to the action, allegations and exhibits relative to the recording of a claim for lien against the land and a prayer for special judgment foreclosing a lien thereon, being wholly inappropriate to the action (Cf. *Buck v. Tifton Mfg. Co.,* 4 Ga. App. 695

(62 SE 107); *Chambers Lmbr. Co. v. Gilmer,* 60 Ga. App. 832, 835 (5 SE2d 84)), are to be regarded as surplusage in determining whether the petition can withstand a general demurrer.

2. Where the petition contains the bare essentials of a common law action on contract and prays for a general judgment as damages for its breach a general demurrer should be over-ruled.

*Judgment reversed. Felton, C. J., and Hall, J., concur.*

SUBMITTED SEPTEMBER 5, 1967—DECIDED SEPTEMBER 15, 1967.

*Charles W. Hill, Owens & Porter,* for appellant.

*Perry, Walters, Langstaff & Lippitt, Robert B. Langstaff,* for appellee.